795 A.2d 848

IN THE MATTER OF ANTHONY C. NWAKA, AN ATTORNEY
AT LAW (ATTORNEY NO. 031921991).

April 29, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–366, concluding that **ANTHONY C. NWAKA** of **EAST ORANGE,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.4(a)(failure to communicate with client) and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and good cause appearing;

It is ORDERED that **ANTHONY C. NWAKA** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 28, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.